IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRAIG TRADING CORPORATION, | No. 2:08-cv-1526 |
| Plaintiff, | |
| v. | |
| NICOLLET CATTLE COMPANY, INC., | |
| Defendant. | |

### ORDER OF COURT

AND NOW, to-wit, this **16th** day of **April**, 2010, upon consideration of the foregoing Stipulation, it is hereby **ORDERED, ADJUDGED, and DECREED** that this civil action be and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41.

_____
United States District Judge